UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

BRIAN COPLEN,

    Plaintiff,

vs.

CHEUNG KONG HOLDING, INC,
a Georgia Domestic Profit Corporation,
SAU PING KWOK, Individually,
XIN GUO, Individually,
XIN HUA TRADING, INC., a New Jersey
Domestic Profit Corporation,
VICTOR KWOK, Individually,
and KENNY COLEMAN, Individually.

    Defendants.
_____/

Case No.  18-cv-04016

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, BRIAN COPLEN, by and through his undersigned counsel, and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this case is dismissed with prejudice.  Plaintiff represents and acknowledges payment in full for all of his claims, including his claim for overtime pay, liquidated damages and attorney's fees and costs.

Dated: May 18, 2018

Respectfully Submitted,

*/s/ ANDREW R. FRISCH*
ANDREW R. FRISCH, Esq.
MORGAN & MORGAN, P.A.
600 N. Pine Island Rd., Suite 400
Plantation, Florida 33324
T: (954) WORKERS; F:  (954) 327-3013
E-mail: AFrisch@forthepeople.com

*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this <u>18th</u> day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                                                                  */s/ ANDREW R. FRISCH*
                                                                                  Andrew R. Frisch